IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

John Doe,                                                                             Case No. 3:18-cv-2211

        Plaintiff

    v.                                                                        **ORDER**

The University of Toledo, et al.,

        Defendants

Telephonic status conference regarding Plaintiff's Motion for Preliminary Injunction held September 27, 2018. Time: 30 Minutes. Court reporter: Angela Nixon.

Defendant The University of Toledo (UT) has voluntarily agreed to vacate the disciplinary hearing regarding misconduct allegations against Plaintiff John Doe scheduled for October 19, 2018.

It is hereby

ORDERED THAT:

1. Defendant UT shall ascertain whether the party who raised misconduct allegations against Plaintiff John Doe is available and willing to attend a rescheduled hearing;

2. Status conference is set for October 9, 2018 at 8:30 a.m.; and

3.      Leave is granted to the parties to submit, if they desire, status reports by October 5, 2018.

So ordered.[1]

                                                              /s/ James G. Carr
                                                               Sr. U.S. District Judge

---

[1] For further information re. this Court's case management preferences, see: http://www.ohnd.uscourts.gov/home/judges/judge-james-g-carr/civil-cases-case-management-procedures/