# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **John Doe,** | : | |
| | : | |
| Plaintiff, | : | Case No. 3:18-cv-2211 |
| | : | |
| v. | : | Judge Carr |
| | : | |
| **The University of Toledo,** *et al.*, | : | Magistrate Judge Knepp |
| | : | |
| Defendants. | : | |

---

### UNOPPOSED DEFENDANTS' MOTION
### FOR EXTENSION TO RESPOND TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION, PLAINTIFF'S MOTION FOR EXPEDITED DISCOVERY, AND PLAINTIFF'S MOTION TO PROCEED UNDER PSEUDONYM

---

Defendants, the University of Toledo, Ashleigh J. Wade, Donald Kamm, Katrina Nottke, and Michele Soliz, move this Court for a 16-day extension to respond to Plaintiff's Motion to Proceed Under Pseudonym (Doc. 2), Plaintiff's Motion for Preliminary Injunction (Doc. 3), and Plaintiff's Motion for Expedited Discovery (Doc. 4), up to and including October 26, 2018.

The basis for this extension request is that Plaintiff recently submitted a settlement demand that Defendants are reviewing. Relatedly, the parties would like time to engage in negotiations regarding Plaintiff's demand before devoting extensive resources to what might otherwise be a set of moot motions.

Plaintiff does not oppose this request. A proposed entry is attached.

1

Respectfully submitted,

**MICHAEL DEWINE (0009181)**
**Ohio Attorney General**

*s/ Reid T. Caryer*

_____
REID T. CARYER (0079825)
Assistant Attorney General
Education Section
30 E. Broad St., 16th Floor
Columbus, Ohio 43215
Phone:  (614) 644-7250
Fax: (614) 644-7634
reid.caryer@ohioattorneygeneral.gov

*Counsel for Defendants*

### CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was filed electronically on October 4, 2018.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's systems.

*s/ Reid T. Caryer*

_____
REID T. CARYER (0079825)
Assistant Attorney General