It is so ordered.

s/James G. Carr
Sr. United States District Judge

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **John Doe,** | : | |
| | : | |
| Plaintiff, | : | Case No. 3:18-cv-2211 |
| | : | |
| v. | : | Judge Carr |
| | : | |
| **The University of Toledo,** *et al.*, | : | Magistrate Judge Knepp |
| | : | |
| **Defendants.** | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff and Defendants The University of Toledo, Ashleigh J. Wade, Donald Kamm, Katrina Nottke and Michele Soliz, by and through counsel, stipulate and agree that the above captioned matter has been resolved and all claims that were brought or could have been brought herein by Plaintiff are dismissed with prejudice. Each party to bear its own costs and attorneys' fees.

Respectfully submitted,

**MICHAEL DEWINE (0009181)**
**Ohio Attorney General**

/s/ Reid T. Caryer
REID T. CARYER (0079825)
Ohio Attorney General's Office
Education Section
30 East Broad St., 16th Floor
Columbus, Ohio 43215
Telephone: (614) 644-7250
Facsimile: (614) 644-7634
reid.caryer@ohioattorneygeneral.gov

*Counsel for Defendants*

/s/ Susan C. Stone per 11/7/18 email consent
SUSAN C. STONE (0064445)
KRISTINA W. SUPLER (0080609)
Korhman Jackson & Krantz LLP
One Cleveland Center, 29th Floor
1375 East Ninth St.
Cleveland, Ohio 44114
Telephone: (216) 696-8700
Facsimile: (216) 621-6536
scs@kjk.com; kws@kjk.com

*Counsel for Plaintiff*